1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOUSTAVE JOCELIN,<br><br>      Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>      Respondents. | Case No. 1:25-cv-01500-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 5, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On November 12, 2025, Petitioner filed a notice of voluntary dismissal of his motion for TRO because Petitioner was released from the California City Detention Facility on the morning of November 12, 2025. (ECF No. 9.) The assigned district judge referred the matter to the undersigned for the preparation of findings and recommendations and/or other appropriate action. (ECF No. 10.)

On November 12, 2025, Respondents filed an answer to the petition, indicating that they "do not oppose Petitioner's habeas petition with the limited exception of the scope of relief requested in Prayer for Relief number 6." (ECF No. 11 at 1.)

///

Accordingly, the Court HEREBY ORDERS within **THIRTY (30) days** of the date of service of this order, Petitioner MAY FILE a reply to the answer. If no reply is filed, the petition and answer are deemed submitted at the expiration of the thirty days.

Extensions of time will only be granted upon a showing of good cause.

IT IS SO ORDERED.

Dated:   **November 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge