UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOUSTAVE JOCELIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, *et al.*,<br><br>　　　　Respondents. | No. 1:25-cv-01500-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 2, 14 |

　　　　Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 17, 2025, the assigned magistrate judge issued findings and recommendations that recommended granting the petition for writ of habeas corpus, denying petitioner's request to enjoin respondents "from further detaining Petitioner so long as TPS for Haiti remains in effect and he continues to hold TPS status," as overbroad, and denying petitioner's motion for temporary restraining order as moot. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. To date, no objections have been filed, and the time for doing so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681–82 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly:

1. The findings and recommendations issued on December 17, 2025, Doc. 14, are ADOPTED in full;
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED;
3. Petitioner's request to enjoin respondents "from further detaining Petitioner so long as TPS for Haiti remains in effect and he continues to hold TPS status" is DENIED;
4. Petitioner's motion for temporary restraining order, Doc. 2, is DENIED as moot; and
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 13, 2026

UNITED STATES DISTRICT JUDGE

2